Benjamin E. Hall    #219924
**DOWLING, AARON & KEELER, INC.**
6051 North Fresno Street, Suite 200
Fresno, California 93710
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Defendant AGI PUBLISHING INC., a California Corporation, dba VALLEY YELLOW PAGES

FILED

2005 MAY 11  P 3: 40

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. CASTEEN, an individual, and RICHARD E. CASTEEN, D.D.S., Inc., a California Corporation, dba The Center for Implant Dentistry,<br><br>Plaintiffs,<br><br>vs.<br><br>AGI PUBLISHING INC., a California Corporation, dba VALLEY YELLOW PAGES, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. CIV-F-04-6474 SMS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

The parties in the above-referenced matter filed a Stipulation for Dismissal electronically on April 13, 2005. The Stipulation is Document No. 13 on the Court's docket.

Pursuant to the Stipulation for Dismissal, this case is hereby ordered closed. All previously set dates are hereby vacated.

IT IS SO ORDERED.

Dated: April 29, 2005.

_____
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

F:\WPD\60\6539\93\162b2523.BEH.doc

DOWLING, AARON
& KEELER
INCORPORATED
6051 North Fresno St.
Fresno, California
93710

ORDER GRANTING STIPULATION FOR DISMISSAL